*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00703-CR

Marcelleus Jhekwuoba **ANUNOBI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR10539
Honorable Pat Priest, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  June 29, 2011

DISMISSED

Appellant filed a motion to dismiss his appeal.  The motion is granted and the appeal

dismissed.

PER CURIAM

DO NOT PUBLISH